# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN THE MATTER OF** | CIV     13-02130-PHX-JWS |
| **Dewey Ranch Hockey LLC** | |
| **Coyotes Holdings LLC** | BK NO.   2:09-bk-09488-RTB |
| **Coyotes Hockey LLC** | |
| **Arena Management Group LLC** | |
| | ADV. NO. 2:11-ap-00425-RTB |
| **Debtor(s)** | BAP NO.  N/A |
| | |
| **National Hockey League** | **NOTICE OF RECEIPT** |
| | **OF APPEAL** |
| **Appellant** | |
| vs. | |
| **Jerry Moyes** | |
| **Vickie Moyes** | |
| **Jerry and Vickie Moyes Family Trust** | |
| **Appellee(s)** | |

   **TAKE NOTICE** that an appeal to the United States District Court in the above entitled case has been received on  October 21, 2013  , and has been assigned the above civil case number.  This case is assigned to the Honorable John W. Sedwick.   Any documents to be filed in the matter should bear the civil case number.

   **PURSUANT** to Federal Rules of Bankruptcy Procedure 8006 and Local Rule of

Bankruptcy Appeal Procedure 8007-1, the original record on appeal is to be retained by the Clerk of the Bankruptcy Court.

Failure to comply with provisions of Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Appeal Procedure may result in the Court taking action for failure to perfect the appeal, including possible dismissal pursuant to Rule 8020-1 of the Local Rules of Bankruptcy Appeal Procedure.

DATED this October 22, 2013.

Brian D. Karth
District Court Executive/Clerk

s/R. Kobza
Deputy Clerk

(Rev. 12/1/2007)