Thomas J. Salerno (AZ Bar #007492)
**SQUIRE SANDERS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004-4498
Telephone:  (602) 528-4000
Facsimile:  (602) 253-8129
tsalerno@ssd.com

Stephen D. Susman*
Shawn J. Rabin*
Kalpana Srinivasan*
Oleg Elkhunovich*
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, NY  10022
Telephone:  (212) 336.8330
Facsimile:  (212) 336.8340
ssusman@susmangodfrey.com
srabin@susmangodfrey.com

Attorneys for Defendants
   *Admitted pro hac vice
(additional attorneys for Defendants on the signature page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN THE MATTER OF<br><br>DEWEY RANCH HOCKEY LLC<br>COYOTES HOLDINGS LLC<br>COYOTES HOCKEY LLC<br>ARENA MANAGEMENT GROUP LLC<br><br>　　　　　　Debtors.<br><br>NATIONAL HOCKEY LEAGUE,<br><br>　　　　　　Appellant,<br><br>vs.<br><br>JERRY MOYES, VICKIE MOYES, AND THE JERRY AND VICKIE MOYES FAMILY TRUST,<br><br>　　　　　　Appellees. | Case No. 2:13-cv-02130-JWS<br><br>Appeal from:<br>Adv. No. 2:11-ap-00425-RTBP<br>Bkr. No. 2:09-bk-09488-RTBP<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

The law firm of Squire Sanders (US) LLP, gives notice of its appearance in this proceeding on behalf of the Defendants, and requests that the name and address of its attorney be added to the master mailing list in this matter, and that all future notices be mailed to the following attorney as follows:

Thomas J. Salerno, Esq.
**SQUIRE SANDERS (US) LLP**
One East Washington St., Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile: (602) 253-8129
Email: thomas.salerno@squiresanders.com

Dated this 23rd day of October, 2013.

Respectfully submitted,

/s/ Thomas J. Salerno
Thomas J. Salerno
SQUIRE SANDERS (US) LLP.
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004-4498
(602) 528-4000
(602) 253-8129

Laura H. Kennedy
COHEN KENNEDY DOWD & QUIGLEY, P.C.
2425 East Camelback Road, Suite 1100
Phoenix, AZ  85016
(602) 252.8087
(602) 252.5339

Stephen D. Susman
Shawn J. Rabin
Kalpana Srinivasan
Oleg Elkhunovich
SUSMAN GODFREY L.L.P.
560 Lexington Ave., 15th Floor
New York, NY 10022
(212) 336-8330
(212) 336-8340 (fax)

*Counsel for Defendants Jerry Moyes, Vickie Moyes and The Jerry and Vickie Moyes Family Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to the following ECF participants:

Alan A. Meda, Stinson Morrison Hecker. LLP, Attorneys for Plaintiff
Bradley I. Ruskin, Proskauer Rose LLP, Attorneys for Plaintiff
David S. Mordkoff, Proskauer Rose LLP, Attorneys for Plaintiff
Scott A. Eggers, Proskauer Rose LLP, Attorneys for Plaintiff

  /s/ Thomas J. Salerno
Thomas J. Salerno
Attorney for Defendants