| | |
|---|---|
| Name | Alan A. Meda |
| Bar # | 009213 |
| Firm | STINSON MORRISON HECKER LLP |
| Address | 1850 North Central Avenue |
| | Suite 2100 |
| | Phoenix, Arizona 85004-4584 |
| Telephone | (602) 279-1600 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

NATIONAL HOCKEY LEAGUE,

      Plaintiff-Appellant,

vs.

JERRY MOYES, VICKIE MOYES, and THE JERRY AND VICKIE MOYES FAMILY TRUST

      Defendants-Appellees.

**Case No. 13cv2130**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of <u>the National Hockey League</u> in compliance with the provisions of: *(check one)*

[X] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[ ] No such corporation.

DB04/0837541.0003/9751019.1  DD02

| ☐ | Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)* |
|---|---|
| ☐ | _____Relationship \_\_<br>Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)* |
| **X** | _____Relationship \_\_<br>Other(please explain) |

The following publicly held companies own at least 10% of an NHL Member Club as of October 24, 2013:

The Madison Square Garden Company – New York Rangers

Comcast Corporation – Philadelphia Flyers Limited Partnership

BCE, Inc. – Club de Hockey Canadien, Inc.; Maple Leaf Sports & Entertainment, Ltd.

Rogers Communications Inc. – Maple Leaf Sports & Entertainment, Ltd.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 24th day of October, 2013.

                /s/ Alan A Meda (#009213)
                Counsel of Record

Certificate of Service:

COPY of the foregoing sent this October 9, 2013, to:

Stephen D. Susman, Esq.
Shawn J. Rabin, Esq.
Kalpana Srinivasn, Esq.
Oleg Elkhunovich, Esq.
SUSMAN GODFREY LLP
654 Madison Ave 5th Fl
New York NY  10065
ssusman@susmangodfrey.com
srabin@susmangodfrey.com
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com
Attorneys for Defendants

2

1  Laura H. Kennedy, Esq.
   COHEN KENNEDY DOWD & QUIGLEY PC
2  2425 E Camelback Rd #1100
3  Phoenix AZ  85016
   lkennedy@ckdqlaw.com
4  Attorneys for Defendants

5  Thomas J. Salerno, Esq.
   SQUIRES SANDERS (US) LLP
6  1 E WASHINGTON ST #2700
   PHOENIX, AZ 85004
7  thomas.salerno@squiresanders.com
   Attorneys for Defendants
8

9
     /s/ Rebecca J. McGee
10   _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28