# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*NATIONAL HOCKEY LEAGUE*     v.     *JERRY MOYES, et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 2:13-cv-2130 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**     Date: October 25, 2013

The assigned judge hereby recuses himself. The Clerk of Court will please re-assign this case by random draw to another district judge.