Thomas J. Salerno (AZ Bar #007492)
**SQUIRE SANDERS (US) LLP**
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004-4498
Telephone:  (602) 528-4000
Facsimile:  (602) 253-8129
thomas.salerno@squiresanders.com

Stephen D. Susman*
Shawn J. Rabin*
Kalpana Srinivasan*
Oleg Elkhunovich*
**SUSMAN GODFREY L.L.P.**
560 Lexington Avenue, 15th Floor
New York, NY  10022
Telephone:  (212) 336.8330
Facsimile:  (212) 336.8340
ssusman@susmangodfrey.com
srabin@susmangodfrey.com

  Attorneys for Defendants (additional attorneys in the signature block)
    *Admitted pro hac vice

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| NATIONAL HOCKEY LEAGUE,<br><br>　　　　Plaintiff-Appellant,<br><br>vs.<br><br>JERRY MOYES, VICKIE MOYES, AND THE JERRY AND VICKIE MOYES FAMILY TRUST,<br><br>　　　　Defendants-Appellees. | Case No.  2:13-cv-02130-GMS<br><br>**NOTICE OF WITHDRAWAL** |

3017980v1/011940

**PLEASE TAKE NOTICE** that Jerry Moyes, Vickie Moyes, and the Jerry and Vickie Moyes Family Trust (collectively, the "Moyes Parties") have filed an application of Attorney for Admission to Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2) for Kalpana Srinivasan (Docket No. 37) in this case in error.  The parties request that the filing be stricken from record.

Dated this 15th day of January, 2015.

        Respectfully submitted,

        /s/ Kalpana Srinivasan
        Stephen D. Susman
        Shawn J. Rabin
        Kalpana Srinivasan
        Oleg Elkhunovich
        SUSMAN GODFREY L.L.P.
        560 Lexington Ave., 15th Floor
        New York, NY 10022
        (212) 336-8330
        (212) 336-8340 (fax)

        Thomas J. Salerno
        SQUIRE SANDERS (US) LLP.
        1 East Washington Street, Suite 2700
        Phoenix, Arizona 85004-4498
        (602) 528-4000
        (602) 253-8129

        Laura H. Kennedy
        COHEN KENNEDY DOWD & QUIGLEY, P.C.
        2425 East Camelback Road, Suite 1100
        Phoenix, AZ  85016
        (602) 252.8087
        (602) 252.5339

        *Counsel for Defendants Jerry Moyes, Vickie Moyes and The Jerry and Vickie Moyes Family Trust*