1

2

3

4

5

6                        **IN THE UNITED STATES DISTRICT COURT**

7                            **FOR THE DISTRICT OF ARIZONA**

8

9    National Hockey League,                       No. CV-13-02130-PHX-GMS

10                        Appellant,

11   v.                                             **ORDER**

12   Jerry Moyes, et al.,

13                        Appellees.

14
15   Dewey Ranch Hockey LLC, et al.,

16                        Debtors.

17        The Court has considered the Motion for Substitution of Counsel for the National

18   Hockey League (Doc. 91) and good cause appearing,

19        **IT IS HEREBY ORDERED** that the Motion is granted.

20        **IT IS FURTHER ORDERED** that Burch & Cracchiolo, P.A. is hereby

21   substituted as counsel for the National Hockey League in place of Stinson Leonard Street,

22   LLC, effective March 1, 2014.  Proskauer Rose LLP continues as counsel to the National

23   Hockey League.

24        Dated this 25th day of March, 2014.

25

26   _____

27                              /G. Murray Snow
                                United States District Judge
28